UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

IN RE:  CASE NO.: 15-40151-KKS
STACI P. JOHNS  CHAPTER 13
     Debtor(s)
_____/

OBJECTION TO PROOF OF CLAIM #9
FILED BY CENTENNIAL BANK
PURSUANT TO NEGATIVE NOTICE

---

**Notice of Opportunity to Object and for Hearing**

**Pursuant to Local Rule 2002-2, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one(21) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 110 E. Park Avenue, Tallahassee, FL 32301, and serve a copy on the Movant's attorney, Kathryn A. Hathaway, Esq., Hathaway Sprague Law, P.A., at P.O. Box 3005, Tallahassee, Florida 32315, and on Leigh D. Hart, Chapter 13 Trustee, P.O. Box 646, Tallahassee, FL 32302.**

**If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, and will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

---

**Date Claim Filed:** 07-23-2015          **Amount:** $69,744.23

**Claim Number:** 9                       **Class:** Unsecured

**Claimant:**                             Centennial Bank
                                          1953 Thomasville Road
                                          Tallahassee, Florida 32303
_____

     The Debtor(s) in the above-captioned case objects to the above-described claim on the following grounds:

1. The debt is secured by a mortgage on a property which has not yet been sold in foreclosure sale, in which is partly secured and un-liquidated.

2. The exact amount of the claim cannot be determined and this claim should be reduced by the amount of equity in the home which secures the mortgage.

**WHEREFORE** the Debtor objects to the stated unsecured claim of $69,744.23 and asks that it be disallowed in its entirety.

        Respectfully submitted,

        Hathaway Sprague Law
        Attorneys for Debtor(s)

By: /s/ Kathryn A. Hathaway
     Kathryn A. Hathaway
     Fla. Bar No. 622125
     P.O. Box 3005
     Tallahassee, Fl 32315
     850) 425-4700
     850) 425-4704 (fax)
     Notices @hathawaylaw.net

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon Leigh D. Hart, Chapter 13 Trustee at ldhecf@earthlink.net, and Centennial Bank by U.S. Mail the date this Objection was filed with CM/ECF at:

**Centennial Bank**
**1953 Thomasville Road**
**Tallahassee, Florida 32303**

Staci P. Johns
1639 Eagles Watch Way
Tallahassee, Florida 32312

        By:    /S/Kathryn A Hathaway
           Kathryn A. Hathaway
           FL Bar No. 622125